**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Washington,* Slip Opinion No. 2016-Ohio-5152.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-5152

THE STATE OF OHIO, APPELLANT, *v.* WASHINGTON, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Washington,* Slip Opinion No. 2016-Ohio-5152.]**

*Judgment reversed and cause remanded to the trial court for further proceedings on the authority of* State v. J.M.

(Nos. 2016-0003 and 2016-0152—Submitted June 1, 2016—Decided July 29, 2016.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 15AP-538, 2015-Ohio-4970.

_____

**{¶ 1}** The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *State v. J.M.*, ___ Ohio St.3d ___, 2016-Ohio-2803, ___ N.E.3d ___.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Barbara A. Farnbacher, Assistant Prosecuting Attorney, for appellant.

_____